IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STATE NATIONAL INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.  1:04-CV-2594-JTC |
| v. | ) | |
| | ) | |
| ACCESS GENERAL AGENCY, | ) | |
| INC., ACCESS CLAIMS | ) | |
| ADMINISTRATOR, INC. | ) | |
| MICHAEL McMENAMIN, | ) | |
| TIM HARTSHORN, | ) | |
| DOUG BROWN, and | ) | |
| RETIBLISS C. ROBINSON, | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION AND BRIEF TO AMEND COMPLAINT AND TO ADD A PARTY PLAINTIFF

COMES NOW, STATE NATIONAL INSURANCE COMPANY ("SNIC"), Plaintiff herein, and pursuant to Rules 15 (a), 17(a), and 21, Fed. R. Civ. P., moves this Court for leave to amend its Complaint.  Plaintiff moves under Rule 15(a) to add a new claim, and under Rules 17(a) and 21 to add a new party plaintiff.

This Court has discretion to grant its motion to amend the complaint to add a claim, and that leave should be given when justice so requires.  Fed. R. Civ. P. 15 (a).  Under Rule 15(a), liberality in amendment is encouraged and favored, where no prejudice or disadvantage is suffered by opposing side.  <u>McDowall v Orr Felt</u>

& Blanket Co., 146 F.2d 136 (6th Cir. 1944); Blair v United States, 147 F.2d 840 (8th Cir. 1946).  This liberal policy of allowing amendments under Rule 15(a) circumscribes the exercise of the district court's discretion; thus, unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial.  Motorcity of Jacksonville v. Southeast Bank, N.A., 83 F.3d 1317 (11th Cir. 1996).

Plaintiff also seeks to add a party plaintiff who is a real party in interest. Under Rule 17(a), a real party in interest may be joined to an action, and that joinder shall have the same effect as if the action had originally been commenced in the name of the real party in interest.  Fed. R. Civ. P. 17(a).  The court may add a party to the action on motion of any party, and at any time in the lawsuit.  Fed. R. Civ. P. 21.  Rule 21 is governed by a similar liberality in granting the motion as is allowed under Rule 15.  Health Research Group v. Kennedy, 82 F.R.D. 21, 29 (D.D.C. 1979) (citing Wright & Miller, 6 Federal Practice and Procedure § 1481, at 420 (1971);  7 Federal Practice and Procedure § 1688, at 339-40 (1972)).

In this case, Plaintiff filed its original Complaint on September 3, 2004. Plaintiff amended its original Complaint on September 17, 2004 to attach the Exhibits and correct the spelling of the name of a Defendant.  Plaintiff now seeks leave of Court to amend its Complaint to add GE Reinsurance Corporation as a

Plaintiff and to add the following count: Defendants breached their contractual duty to indemnify and defend GE Reinsurance against any liabilities resulting from Access' negligence for any matter arising out of the Reinsurance Agreement and Agency Agreement.

Plaintiff shows that Defendants will suffer no prejudice by the inclusion of these Plaintiff.  Discovery has just began and Defendants will still have a full opportunity to conduct any discovery that should result from the inclusion of these additional issues.  Finally, judicial economy favors allowing Plaintiff to amend its Complaint to add the additional party and additional counts, so that Plaintiff will not be required to bring a separate action to seek clarification from the Court on these remaining issues.

Accordingly, Plaintiff respectfully requests that this Court grant Plaintiff's motion to amend its Complaint, and that this Court allow it to file the proposed amendment to its Complaint, which is attached hereto as Exhibit A.

This 5th day of December, 2005.

Respectfully submitted,
SWIFT, CURRIE, MCGHEE & HIERS

/s/ Angela M. Hurley
Christopher D. Balch
Georgia Bar No. 034015
Angela M. Hurley
Georgia State Bar No. 379579

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404) 874-8800
Facsimile:   (404) 888-6199
angela.hurley@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO ADD A PARTY PLAINTIFF** upon all parties to this matter via the court's electronic filing system, addressed to counsel of record as follows:

Jessica F. Pardi
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

G. Melton Mobley
LOKEY, MOBLEY & DOYLE, LLP
8425 Dunwoody Place
Atlanta, Georgia  30350

This 5th day of December, 2005.

/s/ Angela M. Hurley
Christopher D. Balch
Georgia State Bar No.  034015
Angela M. Hurley
Georgia State Bar No. 379579
Attorneys for Plaintiff

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
404-874-8800